AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bluebond, Sheri A. | Central District of California | 3/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

255 E. Temple Street
Suite 1534
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Los Angeles Bankruptcy Forum |
| 2. | Trustee | Trust No. 1 |
| 3. | Member, Board of Trustees | Los Angeles County Bar Association |
| 4. | Member, Board of Governors | American College of Bankruptcy Foundation |
| 5. | | |

---

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | GlassRatner Advisory & Capital Group LLC -- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 03/15 to 03/17/2018 | Washington, DC | Attendance at Annual Conference | Hotel, Parking, Meals, Local Transportation |
| 2. | California Bankruptcy Forum Conference | 05/18 to 05/20/2018 | North Lake Tahoe, CA | Speaker at Annual Conference | Hotel, Meals, Tuition |
| 3. | National Conference of Bankruptcy Judges | 10/27 to 10/31/2018 | San Antonio, TX | Attendance at Annual Meeting and Conference | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Microsoft, common stock | A | Dividend | J | T | Sold (part) | 05/15/18 | J | C | |
| 2. Scholarshare Active Age-Based Portfolio | | None | N | T | | | | | |
| 3. Absolute Software (See Section VIII) | | None | | | Sold | 03/26/18 | J | B | |
| 4. Trust #1 | | | | | | | | | |
| 5. -Wells Fargo Bank (Accounts) | A | Interest | J | T | | | | | |
| 6. -Stamps.com, common stock | | None | L | T | | | | | |
| 7. -First Eagle Global Mutual Fund | C | Dividend | K | T | | | | | |
| 8. -Fidelity Gov't Cash Reserve fka Fidelity Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 9. -Fidelity California Municipal Income Fund | B | Dividend | K | T | Sold (part) | 03/29/18 | J | A | |
| 10. | | | | | Sold (part) | 04/24/18 | J | A | |
| 11. | | | | | Sold (part) | 10/12/18 | K | A | |
| 12. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 13. -Deutsche (DWS) Mngd Muni Bd Fd | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 14. -Invesco Int'l Growth Fund | A | Dividend | J | T | | | | | |
| 15. -Artisan Value Fund Investor CL | B | Dividend | J | T | | | | | |
| 16. -Artisan Small Cap Fund Investor CL | B | Dividend | J | T | | | | | |
| 17. -Fidelity Small Cap Value Fund | A | Dividend | | | Sold (part) | 08/29/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold | 12/28/18 | J | A | |
| 19. -Fidelity Growth Company Fund | A | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 20. -IShares TR Russell 1000 ETF | A | Dividend | K | T | Sold (part) | 01/16/18 | J | B | |
| 21. -IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 22. -IShares Russell 1000 Growth ETF | A | Dividend | J | T | Sold (part) | 01/24/18 | J | A | |
| 23. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 24. | | | | | Sold (part) | 12/28/18 | J | A | |
| 25. -IShares TR S&P Sm Cap 600 Growth ETF | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 26. | | | | | Sold (part) | 12/28/18 | J | A | |
| 27. -IShares Inc. Core MSCI Emerg Markets | A | Dividend | J | T | | | | | |
| 28. -IShares TR Russell Midcap Value Index ETF | A | Dividend | J | T | | | | | |
| 29. -MFS Int'l Diversification Fund A | A | Dividend | K | T | | | | | |
| 30. -MFS Int'l Value Fund CL A | A | Dividend | J | T | | | | | |
| 31. -T Rowe Price Tax Free High Yield | A | Dividend | K | T | Buy (add'l) | 01/16/18 | J | | |
| 32. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 33. | | | | | Sold (part) | 08/29/18 | J | A | |
| 34. | | | | | Buy (add'l) | 10/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -T Rowe Price New Era Fund | | None | J | T | Buy | 03/29/18 | J | | |
| 36. | | | | | Sold (part) | 11/26/18 | J | A | |
| 37. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 38. -T Rowe Price Emerging Markets Stock Fund I | | None | | | Buy | 08/29/18 | J | | |
| 39. | | | | | Sold | 10/12/18 | J | A | |
| 40. -Prudential Jennison Mid Cap Growth CL A Fund | | None | | | Sold (part) | 04/24/18 | J | A | |
| 41. | | | | | Sold (part) | 06/08/18 | J | A | |
| 42. | | | | | Sold | 11/19/18 | J | A | |
| 43. -Vanguard Index FDS Vanguard Value | B | Dividend | K | T | | | | | |
| 44. -Vanguard Index FDS Vanguard Growth | A | Dividend | K | T | Sold (part) | 08/29/18 | J | C | |
| 45. -Wells Fargo Ultra Short Term Muni Inc. | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 46. -Wells Fargo Muni Bond Fd-Admin CL | A | Dividend | J | T | Buy (add'l) | 10/15/18 | J | | |
| 47. -Oppenheimer Int'l Growth CL1 | A | Dividend | J | T | Sold (part) | 01/16/18 | J | A | |
| 48. | | | | | Sold (part) | 01/24/18 | J | A | |
| 49. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 50. -Oppenheimer Developing Markets Class I Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 51. -Oppenheimer International Bond Fund | A | Dividend | J | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Templeton Global Bond Fund Class A | A | Dividend | | | Sold (part) | 06/08/18 | J | A | |
| 53. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 54. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 55. | | | | | Sold (part) | 10/12/18 | J | A | |
| 56. | | | | | Sold | 12/31/18 | J | A | |
| 57. -Causeway Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 58. -JP Morgan US LG Cap Core Plus Class I | | None | | | Buy | 03/29/18 | J | | |
| 59. | | | | | Sold | 06/18/18 | J | A | |
| 60. -Vanguard Sector Index FDS Vanguard | A | Dividend | J | T | | | | | |
| 61. -Aberdeen Emerging Markets FD | A | Dividend | J | T | | | | | |
| 62. -Invesco Convertible Securities FD | A | Dividend | | | Sold (part) | 01/16/18 | J | A | |
| 63. | | | | | Sold | 01/24/18 | J | A | |
| 64. -Oakmark Int'l Investor FD (see note in part VIII) | A | Dividend | J | T | | | | | |
| 65. -Blackrock Nat'l Muni Fund | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 66. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 67. | | | | | Sold (part) | 03/29/18 | J | A | |
| 68. | | | | | Sold (part) | 08/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/12/18 | J | A | |
| 70. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 71. -Mainstay Tax Free Bd Cl A | A | Dividend | J | T | Sold (part) | 10/12/18 | J | A | |
| 72. -Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 73. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 74. | | | | | Sold (part) | 12/28/18 | J | A | |
| 75. -SPDR Index SHS FDS S&P Global Nat Res ETF | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 76. | | | | | Sold (part) | 12/28/18 | J | A | |
| 77. -Strategic Adv. Tax Short Duration Fund | A | Dividend | K | T | Buy | 01/16/18 | J | | |
| 78. | | | | | Sold (part) | 03/29/18 | J | A | |
| 79. | | | | | Sold (part) | 04/24/18 | J | A | |
| 80. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 81. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 82. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 83. -Franklin CA Tax Free Income Class I Fund | A | Dividend | K | T | Buy | 04/25/18 | J | | |
| 84. | | | | | Buy (add'l) | 10/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The entries that appear in Part VII of this report refer to my assets (with the exception of line 2, which refers to 529 accounts held for the ⬛⬛⬛⬛⬛⬛⬛ .
I am not reporting assets that belong to my spouse, as, due to a premarital agreement, these assets are the sole financial interest and responsibility of my spouse and are not derived from any of my assets, income or activities. I, as the reporting person, do not derive or expect to derive a benefit of any kind from my spouse's assets and have no knowledge of the assets or activities related to these assets.

The stock that appears on line 3, Absolute Software, was stock taken in lieu of fees in 1998 and held by my prior law firm on behalf of partners and former partners since that time. It had not been included on prior reports, as any dividends that I received were well below the reporting limit and I did not believe that my stock had a value of more than $1,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Bluebond, Sheri A. | 3/27/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri A. Bluebond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544